FRANK A. ELLIS III, ESQ.
Nevada Bar No. 1623
ELLIS & GORDON
510 South Ninth Street
Las Vegas, NV 89101
(702) 385-3727
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, a Pennsylvania Corporation, individually and assignee and subrogee for its insured, HARD ROCK HOTEL HOLDINGS, LLC dba HARD ROCK HOTEL AND CASINO<br><br>Plaintiff,<br><br>vs.<br><br>JHIRMAL EARL WINFIELD, an individual, SAMMY SAMPSON II, an individual, and DOES I through X and ROES I through X, Inclusive,<br><br>Defendants. | CASE NO: 2:10-cv-00369-PMP-RJJ |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and among the parties hereto acting by and through their respective undersigned counsel, that the complaint on file herein, including all of the claims asserted by plaintiff against defendants Jhirmal Earl Winfield and Sammy Sampson II in this matter, be dismissed with prejudice.

////

////

////

DATED this 2nd day of January, 2011.

| ELLIS & GORDON | LAXALT & NOMURA, LTD. |
|---|---|
| By /s/ Frank A. Ellis III | BY: |
| FRANK A. ELLIS III, ESQ. | JAMES E. MURPHY, ESQ. |
| Nevada Bar No. 1623 | Nevada Bar No. 8586 |
| 510 S. Ninth Street | 6720 Via Austi Parkway, Suite 430 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89119 |
| Attorney for Defendants | Attorney for Plaintiff, National Union Fire Insurance Company |

**ORDER**

IT IS SO ORDERED.

DATED: __ January 13, 2011.

_____
UNITED STATES DISTRICT JUDGE